Ledy Gurren

AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

**STATE OF NEW YORK**  COUNTY: Eastern
**COURT: United States District**  INDEX#: 1:11-CV-03568-WFK-RLM

**Toys "R: Us Inc.**

                Plaintiff

  against

**Metro One Loss Prevention Services**
**Group (Guard Division NY) Inc.**

                Defendant

---

**Steven Avery** being duly sworn, deposes and says that he is over the age of eighteen years 18);
 **that on October 3, 2011 at 2:25 p.m.**
at the Office of the Secretary of State, of the State of New York in the City of Albany, New York, he served the annexed: SUMMONS AND COMPLAINT
 **upon Metro One Loss Prevention Services Group (Guard Division NY) Inc..**
Defendant in this action, by delivering to and leaving with Donna Christie in the Office of the Secretary of State, of the State of New York, personally at the Office of the State of New York, two (2) true copies thereof.
with the statutory fee of forty dollars

 Deponent further says that he knew the person so served as aforesaid to be a clerk in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

 Deponent further states that he describes the person actually served as follows:

    Sex: Female
   Color: White
    Hair: Black
    Age: 58
   Height: 5'5"
   Weight: 135

**Served pursuant to Section 306 of the Corporation Business Laws**

Sworn to me this,
October 12, 2011

                      Steven Avery

Lana Faith Pollack
Commissioner of Deeds
City of New York - No.1 - 5537
Certificate filed in N.Y. County
Commission Expires September 1, 2012

The Letter of the Law Process Service Co. Inc. 577 Grand Street New York N.Y. 10002

Ledy Gurren

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

**STATE OF NEW YORK**  
**COURT:** United States District

**COUNTY:** Eastern  
**INDEX#:** 1:11-CV-03568-WFK-RLM

Toys "R" Us Inc.

                                                          Plaintiff

        against

Metro One Loss Prevention Services  
Group (Guard Division NY) Inc.

                                                          Defendant

---

**Steven Avery** being duly sworn, deposes and says that he is over the age of eighteen years 18);
  **that on October 3, 2011 at 2:25 p.m.**
  at the Office of the Secretary of State, of the State of New York in the City of Albany, New York, he served the annexed: SUMMONS AND COMPLAINT
  **upon Metro One Loss Prevention Services Group (Guard Division NY) Inc..**
  Defendant in this action, by delivering to and leaving with Donna Christie in the Office of the Secretary of State, of the State of New York, personally at the Office of the State of New York, two (2) true copies thereof.
  with the statutory fee of forty dollars

  Deponent further says that he knew the person so served as aforesaid to be a clerk in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.


  Deponent further states that he describes the person actually served as follows:

        Sex: Female  
     Color: White  
      Hair: Black  
       Age: 58  
   Height: 5'5"  
   Weight: 135

Served pursuant to Section 306 of the Corporation Business Laws

Sworn to me this,  
October 12, 2011

Lana Faith Pollack  
Commissioner of Deeds  
City of New York - No.1 - 5537  
Certificate filed in N.Y. County  
Commission Expires September 1, 2012

                                                     Steven Avery